IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02181-WJM-MEH

RICHARD C. BAIKO,

    Plaintiff,

v.

FLAGSTAR BANK, FSB,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2012.**

    In the interest of justice, Plaintiff's Unopposed Motion to Amend Complaint [filed November 13, 2012; docket #16] is **granted**. The Clerk of the Court is directed to enter Plaintiff's proposed First Amended Verified Complaint [docket #16-2] as filed and, upon so doing, to amend the case caption accordingly. Defendant shall file a response in accordance with all applicable federal and local rules.